```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
OMAR RODRIGUEZ,                                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         23 Civ. 2214 (JPC)
                  -v-                                                  :
                                                                       :             ORDER
INTERNATIONAL DESSERTS AND DELICACIES,                                 :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 1, 2023, Plaintiff served Defendant with Summons and the Complaint, making Defendant's deadline to respond April 24, 2023.  Dkt. 5.  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court adjourns s*ua sponte* Defendant's deadline to respond to the Complaint to May 2, 2023.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by May 4, 2023.

SO ORDERED.

Dated: April 25, 2023
       New York, New York                                  _____
                                                                    JOHN P. CRONAN
                                                              United States District Judge