```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
OMAR RODRIGUEZ,                                                        :
                                                                       :
                           Plaintiff,                                  :
                                                                       :     23 Civ. 2214 (JPC)
             -v-                                                       :
                                                                       :           ORDER
INTERNATIONAL DESSERTS AND DELICACIES,                                 :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 25, 2023, the Court directed Plaintiff to seek a Certificate of Default as to Defendant by May 4, 2023. Dkt. 6. That deadline has passed, and the docket does not reflect an attempt to seek a Certificate of Default. Accordingly, Plaintiff's deadline to seek a Certificate of Default is adjourned to May 12, 2023. Further failure to comply with the Court's orders may result in dismissal for failure to prosecute.

SO ORDERED.

Dated: May 8, 2023
       New York, New York

JOHN P. CRONAN
United States District Judge