```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
OMAR RODRIGUEZ,                                                        :
                                                                       :
                         Plaintiff,                                    :
                                                                       :        23 Civ. 2214 (JPC)
                -v-                                                    :
                                                                       :        ORDER
INTERNATIONAL DESSERTS AND DELICACIES,                                 :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 25, 2023, the Court directed Plaintiff to seek a Certificate of Default as to Defendant by May 4, 2023, in light of Defendant's failure to answer the Complaint. Dkt. 6. After Plaintiff failed to comply, the Court adjourned *sua sponte* Plaintiff's deadline to seek a Certificate of Default to May 12, 2023, warning that "[f]urther failure to comply with the Court's orders may result in dismissal for failure to prosecute." Dkt. 10. Yet Plaintiff still failed to comply. Accordingly, by May 17, 2023, Plaintiff shall file a letter explaining why it has failed to comply with the Court's previous two orders, and why the Court should not dismiss this case for failure to prosecute. If Plaintiff does not file the letter as directed, the Court will dismiss this case for failure to prosecute.

SO ORDERED.

Dated: May 15, 2023
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge