```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
OMAR RODRIGUEZ,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :          23 Civ. 2214 (JPC)
                -v-                                                    :
                                                                       :                ORDER
INTERNATIONAL DESSERTS AND DELICACIES,                                 :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On July 18, 2023, the Court ordered Plaintiff to file a notice of voluntary dismissal by August 17, 2023.  That deadline has passed, but the docket does not reflect any compliance from Plaintiff.  Nor is this the first time Plaintiff failed to comply with the Court's orders.  *See* Dkts. 10, 11, 13.  Accordingly, consistent with the Court's previous warnings, if Plaintiff does not submit a notice of voluntary dismissal or a status letter as to settlement by August 22, 2023 at 12:00 p.m., the Court will dismiss this case for failure to prosecute.

      SO ORDERED.

Dated: August 21, 2023
       New York, New York

                                                    _____
                                                       JOHN P. CRONAN
                                                   United States District Judge